# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 08–13852
Chapter: 13
Judge: MARGARET A. MAHONEY

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Larry Willard Ready | Virginia B. Ready |
| 1600 Abbeywood Dr. | 1600 Abbeywood Dr. |
| Mobile, AL 36695 | Mobile, AL 36695 |

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 2 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 10/28/09

Time: 08:30 AM

Matter:

*48* – Application to Employ Barbara J. Miller, of Norman Realty GMAC Real Estate as Real Estate Broker Nunc pro Tunc Filed by Larry Willard Ready, Virginia B. Ready Theodore L. Hall (Hall, Theodore)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANTOINETTE BROOKS AT <antoinette_brooks@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 10/2/09

LEONARD N. MALDONADO
CLERK OF COURT

BY SUE SMITH
DEPUTY CLERK