Form ntchrgbk 03/06

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 08–13852
Chapter: 13
Judge: MARGARET A. MAHONEY

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Larry Willard Ready | Virginia B. Ready |
| 1600 Abbeywood Dr. | 1600 Abbeywood Dr. |
| Mobile, AL 36695 | Mobile, AL 36695 |

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 2 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 12/16/09

Time: 08:30 AM

Matter:

**55** – Objection to Claim Number 9 by Claimant MSL Associates, Inc.. (Hall, Theodore) Objections due by 11/25/2009.

**65** – Response Filed by MSL Associates, Inc. (related document(s)[55] Objection to Claim filed by Larry Willard Ready, Virginia B. Ready) (Blanton, William)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANTOINETTE BROOKS AT <antoinette_brooks@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 11/20/09

    LEONARD N. MALDONADO
    CLERK OF COURT

    BY SUE SMITH
    DEPUTY CLERK